# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14990

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-16812-CGC |
| Bojan Sasic and Jasmina Sasic | Chapter 7 |
|      Debtors. | ORDER |
| Wells Fargo Bank, N.A. | |
|      Movant, | (Related to Docket #8) |
| vs. | |
| Bojan Sasic and Jasmina Sasic, Debtors, Maureen Gaughan, Trustee. | |
|      Respondents. | |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 12, 2003 and recorded in the office of the MARICOPA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Bojan Sasic and Jasmina Sasic have an interest in, further described as:

> UNIT 2, BUILDING 35, SUMMERFIELD UNIT 2 CONDOMINIUMS, ACCORDING TO DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED IN DOCKET 9361 PAGE 465 AND DOCKET 9492, PAGE 251, AND PLAT RECORDED IN BOOK 140 OF MAP PAGE 27 AND IN BOOK 148 PAGE 22 AND CERTIFICATE OF CORRECTION RECORDED IN DOCKET 9996 PAGE 813 RECORDS OF MARICOPA COUNTY, ARIZONA,
> TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID DECLARATION AND PLAT AND ANNEXATIONS THERETO.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.